IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**COURTNEY BALDWIN**                                                                               **PLAINTIFF**

**V.**                                                                 **CAUSE NO.: 1:08CV191-SA-JAD**

**MISSISSIPPI STATE UNIVERSITY**                                           **DEFENDANT**

### ORDER ON MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant's Motion to Dismiss [20] is GRANTED IN PART and held in abeyance in part;

(2) Plaintiff's Section 1983 causes of action against MSU are dismissed;

(3) the parties are requested to submit further briefs regarding the statute of limitations issue in accordance with the Memorandum Opinion entered this day.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the  22nd  day of June, 2009.

                                                                      **/s/ Sharion Aycock**
                                                                      **U.S. DISTRICT JUDGE**